IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN MCBRIEN,                          No. C-09-5948 MMC

        Plaintiff,                     **ORDER DISMISSING ACTION**

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants
_____/

By order filed December 29, 2009, the Court dismissed plaintiff's complaint, pursuant to 28 U.S.C. § 1915(e)(2)(B), and afforded plaintiff leave to file, no later than January 19, 2010, either an amended complaint or a statement indicating plaintiff wished to pursue her claims in state court. Plaintiff has failed to file either an amended complaint or a statement.

Accordingly, for the reasons set forth in the Court's December 29, 2009 order, the above-titled action is hereby DISMISSED, without leave to amend and without prejudice to plaintiff's pursuing the instant claims in her state court action.

In light of the dismissal, the March 26, 2010 Case Management Conference is hereby VACATED.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 22, 2010
                                                   MAXINE M. CHESNEY
                                                   United States District Judge